## BEADLES v. STATE.

No. 26984.

Court of Criminal Appeals of Texas.

May 5, 1954.

———◆———

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Aggravated assault with a motor vehicle is the offense, with punishment assessed at sixty days in jail and a fine of $25.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.